ELECTRONICALLY FILED
Yell County Circuit Court in Dardanelle District
Anna M. Ward, Circuit Clerk
2024-Apr-15  09:46:32
75NCV-23-128
C15D02 : 4 Pages

## IN THE CIRCUIT COURT OF YELL COUNTY, ARKANSAS
## CIVIL DIVISION

**JANE DOE and SALLY DOE**                                         **PLAINTIFFS**

**v.**                          **CASE NO. 75NCV-23-128**

**DARDANELLE SCHOOL DISTRICT,
ARTHUR J. GALLAGHER & CO., LITTLE ROCK,
ROLANDO VALLS, individually and in his
Official Capacity as coach and teacher,
DIANE THOMAS, individually and in her
Official Capacity as principal, ESTATE
OF BJ CHANDLER, individually and in his
Official Capacity, MARK GOTCHER, in his
Official Capacity, and JOHN DOES 1-10**

                                                                     **DEFENDANTS**

### MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

COMES NOW, Separate Defendant, Rolando Valls, by and through his attorney Kevin L. Hickey, and for his Motion to Dismiss states and alleges:

1.    This cause of action arises from the Plaintiffs' alleged sexual harassment and deprivation of bodily integrity by Defendant Rolando Valls ("Defendant Valls") approximately between 1984 and 1986.

2.    The Plaintiffs' claims against Defendant Valls are negligence, battery, assault, false imprisonment, and invasion of privacy.

3.    The statute of limitations for invasion of privacy is three years.

4.    The statute of limitations for negligence is three years.

1

5.      The statutes of limitations for assault, battery, and false imprisonment are one year.  Ark. Code § 16-56-104.

6.      Because the Plaintiffs were minors when the events occurred, the Plaintiffs had until they were 21 years old to bring their respective claims.  Ark. Code § 16-56-116.

7.      Applying Ark. Code § 16-56-116, the statutes of limitations on the Plaintiffs' claims lapsed, at the latest, approximately in 1994.

8.      The Plaintiffs rely on Ark. Code § 16-118-118 to extend the statutes of limitations on their claims by approximately thirty years.

9.      Ark. Code § 16-118-118 runs counter to the purpose of statutes of limitations and binding Arkansas precedent, and the statute violates Defendant Valls' right to due process of law guaranteed under the Arkansas Constitution.  Ark. Const. art. II, § 8.

10.     The Defendant respectfully requests that the court dismiss the Plaintiffs' Amended Complaint based on failure to state facts upon which relief can be granted, in accordance with Ark. R. Civ. P. 12(b)(6).

WHEREFORE, the Separate Defendant, Rolando Valls, respectfully prays that this Court grant his Motion to Dismiss the Plaintiffs' Amended Complaint and for any and all other relief to which he may be entitled.

Respectfully submitted,
Nicholas Rolando Valls, Defendant

2

By: _____

Kevin Hickey ABN 2000182
Attorney at Law
502 Garrison Avenue
Fort Smith, Arkansas 72901
(479) 434-2414 Telephone
(479) 434-2415 Facsimile

## CERTIFICATE OF SERVICE

    I, Kevin Hickey, hereby certify that on this 15ᵗʰ day of April 2024, that a true and correct copy of the foregoing was provided to the following:

Andrew Myers
Taylor Law Partners LLP
Via Email/Eflex
amyers@taylorlawpartners.com

Hayley Hanna Baker
Via Email
hbaker@hb-advocates.com

Attorneys for Plaintiffs

____ via U.S. Mail    ____ via Hand-Delivery    ____ via Facsimile    ✓ via Email
___ Certified
___ RRR

Kevin Hickey

4