FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 17 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANE DOE and SALLY DOE**                                                                  PLAINTIFFS

v.                         Case No. 4:24-cv-339-LPR

**DARDANELLE SCHOOL DISTRICT,
ARTHUR J. GALLAGHER & CO., - LITTLE ROCK,
ROLANDO VALLS, Individually
and in his Official Capacity as coach and teacher,
DIANE THOMAS, Individually and in her
Official Capacity as principal,
ESTATE OF BJ CHANDLER, Individually and in
his Official Capacity,
MARK GOTCHER, in his Official Capacity,
and JOHN DOES 1-10**                                                                        **DEFENDANTS**

### SEPARATE DEFENDANTS DARDANELLE SCHOOL DISTRICT, ROLANDO VALLS, IN HIS OFFICIAL CAPACITY, DIANE THOMAS, AND MARK GOTCHER'S MOTION TO DISMISS

Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity, by their attorneys, Bequette, Billingsley & Kees, P.A., for their Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, allege and state:

1. The present lawsuit asserts claims that have long been barred by the applicable statutes of limitations. Plaintiffs rely upon the Justice for Vulnerable Victims of Sexual Abuse Act, Ark. Code Ann. § 16-118-118 (the "Revival Act"), to allege those barred claims are now revived. Contrary to Plaintiffs' assertion, Arkansas law is clear that the legislature cannot revive a cause of action already barred.[1]

---

[1] Contemporaneously with the filing of this Motion, Separate Defendants are filing a Notice of Constitutional Challenge to be served on the Arkansas Attorney General in compliance with Fed. R. Civ. P. 5.1.

2. Moreover, even if Plaintiffs' claims could be revived, which they cannot, the Revival Act has no effect on Plaintiffs' federal claims.

3. Plaintiffs' claims must, therefore, be dismissed based on the appliable statutes of limitations. Fed. R. Civ. P. 12(b)(6).

4. In support of this Motion, Separate Defendants rely upon the accompanying Brief in Support of their Motion to Dismiss, and upon the entire record in this action.

WHEREFORE, Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity, pray that their Motion to Dismiss be granted, for their attorneys' fees and costs incurred herein; and for all other appropriate relief to which they may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By: /s/ *[signature]*
    Jay Bequette, Ark. Bar #87012
    Cody Kees, Ark. Bar #2012118
    Phillip M. Brick, Jr., Ark. Bar #2009116

*Attorneys for Separate Defendants*
*Dardanelle School District; Rolando Valls,*
*in his official capacity; Diane Thomas, in*
*her individual and official capacities; and*
*Mark Gotcher, in his official capacity*

2. Moreover, even if Plaintiffs' claims could be revived, which they cannot, the Revival Act has no effect on Plaintiffs' federal claims.

3. Plaintiffs' claims must, therefore, be dismissed based on the appliable statutes of limitations. Fed. R. Civ. P. 12(b)(6).

4. In support of this Motion, Separate Defendants rely upon the accompanying Brief in Support of their Motion to Dismiss, and upon the entire record in this action.

WHEREFORE, Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity, pray that their Motion to Dismiss be granted, for their attorneys' fees and costs incurred herein; and for all other appropriate relief to which they may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By: *[signature]*
    Jay Bequette, Ark. Bar #87012
    Cody Kees, Ark. Bar #2012118
    Phillip M. Brick, Jr., Ark. Bar #2009116

*Attorneys for Separate Defendants*
*Dardanelle School District; Rolando Valls,*
*in his official capacity; Diane Thomas, in*
*her individual and official capacities; and*
*Mark Gotcher, in his official capacity*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, I filed the foregoing with the Clerk of the Court, which shall send notification of such filing to all registered counsel of record using the CM/ECF electronic filing system.

I hereby certify that on April 17, 2024, I served the foregoing on the following counsel, pro hac vice application pending, via e-mail:

Hayley Hanna Baker
1831 12th Ave. S. Ste 325
Nashville, TN 37203
hbaker@hb-advocates.com

I further hereby certify that on April 17, 2024, I served the foregoing on the following party via first-class, U.S. Mail:

Arthur J. Gallagher & Co. – Little Rock
c/o Prentice-Hall Corporation System
101 South Spring, Suite 220
Little Rock, AR 72201

_____
Phillip M. Brick, Jr.