IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JANE DOE and SALLY DOE**                                                                                      **PLAINTIFFS**

v.                                            Case No.: 4:24-cv-339-LPR

**DARDANELLE SCHOOL DISTRICT,
ARTHUR J. GALLAGHER & CO., - LITTLE ROCK,
ROLANDO VALLS, Individually
and in his Official Capacity as coach and teacher,
DIANE THOMAS, Individually and in her
Official Capacity as principal,
ESTATE OF BJ CHANDLER, Individually and in
his Official Capacity,
MARK GOTCHER, in his Official Capacity,
and JOHN DOES 1-10**                                                                                             **DEFENDANTS**

### SEPARATE DEFENDANTS DARDANELLE SCHOOL DISTRICT, ROLANDO VALLS, IN HIS OFFICIAL CAPACITY, DIANE THOMAS, AND MARK GOTCHER'S NOTICE OF CONSTITUTIONAL CHALLENGE

**To:    Tim Griffin
        Attorney General of Arkansas
        323 Center Street
        Little Rock, AR 72201**

Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity, by their attorneys, Bequette, Billingsley & Kees, P.A., hereby give notice, in compliance with Fed. R. Civ. P. 5.1, that Separate Defendants' Motion to Dismiss and Brief in Support, filed April 17, 2024, in the above-captioned matter, questions the constitutionality of the Justice for Vulnerable Victims of Sexual Abuse Act, Ark. Code Ann. § 16-118-118 (the "Revival Act"). Specifically, the Motion to Dismiss questions whether the Revival Act unconstitutionally violates the due process clause of the Arkansas Constitution, Article 2, Section 21.

Dated this 18th day of April, 2024.

Respectfully submitted,

Jay Bequette, Ark. Bar #87012
Cody Kees, Ark. Bar #2012118
Phillip M. Brick, Jr., Ark. Bar #2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

*Attorneys for Separate Defendants
Dardanelle School District; Rolando Valls,
in his official capacity; Diane Thomas, in
her individual and official capacities; and
Mark Gotcher, in his official capacity*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which shall send notification of such filing to all registered counsel of record.

    I hereby certify that on April 18, 2024, I served the foregoing on the following counsel, pro hac vice application pending, via e-mail:

Hayley Hanna Baker
1831 12th Ave. S. Ste 325
Nashville, TN 37203
hbaker@hb-advocates.com

    I further hereby certify that on April 18, 2024, I served the foregoing on the following party via first-class, U.S. Mail:

Arthur J. Gallagher & Co. – Little Rock
c/o Prentice-Hall Corporation System
101 South Spring, Suite 220
Little Rock, AR 72201

                                              **Phillip M. Brick, Jr.**
                                              Phillip M. Brick, Jr.