**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JANE DOE and SALLY DOE**                                                       **PLAINTIFFS**

**v.**                                       **Case No.: 4:24-cv-339-LPR**

**DARDANELLE SCHOOL DISTRICT,**
**ARTHUR J. GALLAGHER & CO., - LITTLE ROCK,**
**ROLANDO VALLS, Individually**
**and in his Official Capacity as coach and teacher,**
**DIANE THOMAS, Individually and in her**
**Official Capacity as principal,**
**ESTATE OF BJ CHANDLER, Individually and in**
**his Official Capacity,**
**MARK GOTCHER, in his Official Capacity,**
**and JOHN DOES 1-10**                                             **DEFENDANTS**

**SEPARATE DEFENDANTS DARDANELLE SCHOOL DISTRICT,**
**ROLANDO VALLS, IN HIS OFFICIAL CAPACITY, DIANE THOMAS,**
**AND MARK GOTCHER'S MOTION FOR LEAVE**
**TO SUPPLEMENT RECORD AND FILE EXHIBIT UNDER SEAL**

Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity (collectively, the "District Defendants"), by their attorneys, Bequette, Billingsley & Kees, P.A., for their Motion for Leave to Supplement Record and File Exhibit Under Seal, state:

1. The District Defendants filed a Notice of Removal on April 17, 2024. ECF Doc. 1. Attached to the Notice of Removal as Exhibit A is a copy of all pleadings, processes, and orders in the state court action, except for Exhibit 1 to Plaintiff's Complaint. ECF Doc. 1 at pp. 5-169.

2. Prior to removal, Plaintiffs filed a Motion to Proceed Pseudonymously, which the state court granted. *Id.* at pp. 31-34, 80-82. The state court ordered that Plaintiffs' names not be used anywhere in the court filings. *Id.* at p. 80.

3. Plaintiffs also filed a Motion to Seal Exhibit 1 of the Complaint because it contains Plaintiffs' names. *Id.* at pp. 78-79. The state court granted that Motion and sealed Exhibit 1 to Plaintiffs' Complaint from public view. *Id.* at pp. 83-85.

4. Pursuant to Fed. R. Civ. P. 5.2(d) and in compliance with the state court's Order Granting Motion to Seal, the District Defendants request permission to file Exhibit 1 to Plaintiff's Complaint under seal as a supplement to Exhibit A to the Notice of Removal, to complete the record of all pleadings, processes, and orders in the state court action.

WHEREFORE, Separate Defendants Dardanelle School District; Rolando Valls, in his official capacity; Diane Thomas, in her individual and official capacities; and Mark Gotcher, in his official capacity, pray for an Order granting their Motion for Leave to Supplement Record and File Exhibit Under Seal, and for all other appropriate relief.

    Respectfully submitted,

    Jay Bequette, Ark. Bar #87012
    Cody Kees, Ark. Bar #2012118
    Phillip M. Brick, Jr., Ark. Bar #2009116
    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Phone: (501) 374-1107
    Fax:    (501) 374-5092
    Email: jbequette@bbpalaw.com
    Email: ckees@bbpalaw.com
    Email: pbrick@bbpalaw.com

    *Attorneys for Separate Defendants*
    *Dardanelle School District; Rolando Valls,*
    *in his official capacity; Diane Thomas, in*
    *her individual and official capacities; and*
    *Mark Gotcher, in his official capacity*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which shall send notification of such filing to all registered counsel of record.

I hereby certify that on April 18, 2024, I served the foregoing on the following counsel, pro hac vice application pending, via e-mail:

Hayley Hanna Baker
1831 12th Ave. S. Ste 325
Nashville, TN 37203
hbaker@hb-advocates.com

I further hereby certify that on April 18, 2024, I served the foregoing on the following party via first-class, U.S. Mail:

Arthur J. Gallagher & Co. – Little Rock
c/o Prentice-Hall Corporation System
101 South Spring, Suite 220
Little Rock, AR 72201

                                          **Phillip M. Brick, Jr.**
                                          Phillip M. Brick, Jr.