IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CIVIL DIVISION

| | |
|---|---|
| **JANE DOE and SALLY DOE,** )<br>)<br>  **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**DARDANELLE SCHOOL DISTRICT,** )<br>**ARTHUR J. GALLAGHER & CO., -** )<br>**LITTLE ROCK, ROLANDO VALLS,** )<br>**individually and in his Official Capacity** )<br>**as coach and teacher, DIANE** )<br>**THOMAS, individually and in her** )<br>**Official Capacity as principal, ESTATE** )<br>**OF BJ CHANDLER, individually and in** )<br>**his Official Capacity, MARK**<br>**GOTCHER, in his Official Capacity,**<br>**and JOHN DOES 1-10,**<br><br>  **Defendants.** | **CASE NO. 4:24-cv-00339-LPR** |

## NOTICE OF DISMISSAL
## ARTHUR J. GALLAGHER & CO.-LITTLE ROCK
## WITHOUT PREJUDICE

Comes the Plaintiffs, Jane Doe and Sally Doe, and for their Motion to Dismiss hereby moves to dismiss separate defendant, Arthur J. Gallagher & Company-Little Rock, without prejudice pursuant to Fed.R.Civ.P41(a)(2).

        Respectfully submitted,
        MYERS & WOODS LAW FIRM, PLLC

        /s/ Andrew Myers
        Andrew Myers (AR 2020004)
        4375 N. Vantage Drive, Suite 202
        Fayetteville, AR 72703
        479.485-0500
        479.485-0555 – Facsimile
        *amyers@myerswoodslaw.com*
        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all participants of record and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants

/s/ Andrew Myers
Andrew Myers