**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JANE DOE and SALLY DOE**                                                                 **PLAINTIFFS**

**v.**                                     **Case No. 4:24-cv-00339-LPR**

**DARDANELLE SCHOOL DISTRICT,
ROLANDO VALLS, Individually
and in his Official Capacity as coach and teacher,
DIANE THOMAS, Individually and in her
Official Capacity as principal,
and JOHN DOES 1-10**                                                                       **DEFENDANTS**

## JOINT NOTICE OF *NESMITH* OPINION

Plaintiffs, Jane Doe and Sally Doe, and Defendants, Dardanelle School District, Rolando Valls, in his individual and official capacity, and Diane Thomas, in her individual and official capacities, by and through their respective counsel, file this Joint Notice of *Nesmith* Opinion issued by the Arkansas Court of Appeals, and state as follows:

1. On September 4, 2024, the Court issued an Order that stayed Defendants' Motions to Dismiss (ECF Docs. 4-5, 7-8), and further ordered, among other things, "The parties should submit to the Court a Joint Notice within fourteen (14) days of the Arkansas Court of Appeals rendering a decision on [*H.C. et al. v. James Nesmith*, CV-23-328]." (ECF Doc. 37.)

2. On February 5, 2025, the Arkansas Court of Appeals issued its opinion in *H.C. v. Nesmith*, CV-23-328. In its decision, the Arkansas Court of Appeals held that the Justice for Vulnerable Victims of Sex Abuse Act, Ark. Code Ann. § 16-118-118, cannot revive an expired statute of limitations.

3. The parties provide the Court notice that the *Nesmith* opinion, attached hereto as Exhibit A, was issued.

4. On February 25, 2025, appellants in the *Nesmith* case tendered a petition to the Arkansas Supreme Court for review, pending expiration of time to file petition for rehearing.

5. The parties reserve the right to request a continuation of the stay or reconsideration of the stay by separate motion.

WHEREFORE, for the foregoing reasons, Plaintiffs Jane Doe and Sally Doe and Defendants Dardanelle School District, Rolando Valls, in his individual and official capacity, and Diane Thomas, in her individual and official capacities, respectfully request that the Court take Notice of the *Nesmith* Opinion and grant such further relief as is just and equitable.

Respectfully submitted,

MYERS & WOODS LAW FIRM, PLLC
4375 N. Vantage Drive, Suite 202
Fayetteville, AR 72703
Phone: (479) 485-0500
Fax:    (479) 485-0555
Email: amyers@myerswoodslaw.com

By:          **Andrew Myers**
        Andrew Myers, Ark. Bar #2020004

Hayley Hanna Baker, *pro hac vice*
HB ADVOCATES PLLC
1831 12th Ave. S. Ste 325
Nashville, TN 37203
Phone: (615) 505-3260
Email: hbaker@hb-advocates.com

*Attorneys for Plaintiffs Jane Doe and Sally Doe*

-   and  -

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:_____**Phillip M. Brick, Jr.**_____
    Jay Bequette, Ark. Bar No. 87012
    W. Cody Kees, Ark. Bar No. 2012118
    Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Separate Defendants*
*Dardanelle School District, Rolando Valls,*
*in his official capacity, and Diane Thomas,*
*in her individual and official capacities*

- and -

HICKEY & HULL LAW PARTNERS
502 Garrison Ave.
Fort Smith, AR 72901
Phone: (479) 434-2414
Email: kevin@kevinhickeylaw.com

By:_____**Kevin Hickey**_____
    Kevin Hickey, Ark. Bar No. 2000182

*Attorney for Separate Defendant Rolando Valls*

3